BEFORE THE FIRST DIVISION, JUNE 19, 1961

**No. 65821.**—F. W. Myers & Co., Inc., for a/c Ayerst Laboratories, Inc. *v.* United States, protests 59/31713, 59/31717, and 60/7722 (Ogdensburg).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items invoiced as "Mysoline, Mysoline Primidone or Primidone" are dutiable, as claimed, the protests were sustained accordingly.